**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 11 B 39002

      Bridgette Carter

          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

      Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2011.

2) The plan was confirmed on 12/12/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 04/04/2015.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $12,954.56 | |
| Less amount refunded to debtor | $808.37 | |
| **NET RECEIPTS:** | | **$12,146.19** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,903.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $519.38 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,422.38** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Receivable Management | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 161.87 | 161.87 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ameriloan | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 2,630.15 | 2,630.15 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 250.00 | 159.95 | 159.95 | 0.00 | 0.00 |
| AT&T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 1,515.00 | NA | NA | 0.00 | 0.00 |
| Beacon Payday Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Bellwood | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 650.00 | 1,756.70 | 1,756.70 | 0.00 | 0.00 |
| Comcast | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| Dr Zaveri & Associates | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Elk Grove Radiology | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Elk Grove Village | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIA Card Services | Unsecured | 421.00 | 921.45 | 921.45 | 0.00 | 0.00 |
| Fingerhut | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Geico | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| HFC Nevada | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Household Bank FSB | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 6,800.00 | 6,782.00 | 6,782.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 6,000.00 | 5,057.00 | 5,057.00 | 5,057.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 969.00 | 969.00 | 0.00 | 0.00 |
| Kenwood Services LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Liberty Mutual Insurance Co | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| MEA Medical Care Centers | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 639.00 | 640.92 | 640.92 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 2,428.30 | 2,428.30 | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,582.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 1,191.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 966.00 | 469.28 | 469.28 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | NA | 496.83 | 496.83 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,024.00 | 1,582.54 | 1,582.54 | 0.00 | 0.00 |
| Quinlan & Fabish Music | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 527.00 | 527.31 | 527.31 | 0.00 | 0.00 |
| Stokes Clinton Fleming Sherling | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| Suburban Medical Center | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| TLC Funding LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Total Finance LLC | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 166.81 |
| Troy Capital LLC | Unsecured | NA | 24,651.81 | 24,651.81 | 0.00 | 0.00 |
| Troy Capital LLC | Unsecured | NA | 25,200.80 | 25,200.80 | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | 1,500.00 | 3,693.62 | 3,693.62 | 0.00 | 0.00 |
| Village of Schaumburg | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,500.00 | $2,500.00 | $166.81 |
| **TOTAL SECURED:** | **$2,500.00** | **$2,500.00** | **$166.81** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,057.00 | $5,057.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,057.00** | **$5,057.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$73,072.53** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,422.38 |
| Disbursements to Creditors | $7,723.81 |

**TOTAL DISBURSEMENTS** : **$12,146.19**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015                    By: /s/ Marilyn O. Marshall

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**